972

No. 554. AIR LINE STEWARDS & STEWARDESSES ASSOCIATION, LOCAL 550, TWU, AFL-CIO, ET AL. *v.* TRANSPORT WORKERS UNION OF AMERICA ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Ruth Weyand* and *Rita C. Davidson* for petitioners. *Bernard Kleiman, Gilbert A. Cornfield* and *Gilbert Feldman* for respondents.

No. 567. RAMEY *v.* UNITED STATES. Motion to dispense with printing petition for writ of certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. *William L. Jacobs* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for the United States.

No. 605. MCREYNOLDS ET AL. *v.* CHRISTENBERRY, POSTMASTER OF NEW YORK CITY, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted and the case set down for oral argument immediately following *Lamont* v. *Postmaster General,* No. 491. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Nanette Dembitz* and *Melvin L. Wulf* for petitioners. *Solicitor General Cox* for respondents.

No. 616. CITY OF LOS ANGELES *v.* UNION OIL CO. OF CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition. *Roger Arnebergh, Bourke Jones* and *James A. Doherty* for petitioner. *Carl A. Stutsman, Jr.,* and *Vincent C. Page* for respondent.